NO. WR-23,263-04

ABEL ACOSTA Clerk

MOTION DISMISSED
DATE: 10-20-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

THis is William JOBE. I Filed A MOTion iN Your Court Soon As THis 11.07 HAbeAs CoRPus WAS Filed. Some How You miss ReAd The CASE NO. AS 88-253 I Told You And The CoueTs Do NoT ACCePT 11.07 HAbeAs CoRPus CASE NO. 10-12-13632-CR THAT K.S. GATOR DuNN is NoT my ATToRNeY Filed 7-21-2015 MoNTGomeRy CouNTY.

I HAVE WROTE SeveRAl MOTioNs TElliNG CoueT of CRiminAl APPeAls K.S. GATOR DuNN IS NoT my ATTORNeY. HE WAS NoT EVEN ATTORNeY OF RECORd 7-21-2015 IN MoNTGomeRy CouNTY. A MARiANe GliCk oveR PoweRed my MoTioNs. By TElliNG Them SomeThiNG. I HAve Filed CHARGES ON HER. And K.S. GATOR DuNN. I William WAlTeR JOBE ORdERiNG MoNTGomeRy CouNTY CoueTs ANd CoueT OF CRimiNAl APPeAls NoTiFY K.S. GATOR DuNN AND MARiAN GliCk FoR FoRciNG K.S. GATOR DuNN To BE William JOBE ATTORNeY AGAiNST William JOBE'S Will. I William JOBE HAVE Filed CHARGES AGAiNST THEM. FOR FoRciNG A ATTORNeY OF RECORd WheN He CleARlY WAS NOT 7-21-2015 Filed 11.07 HAbeAs CoRPus. I Did NoT TEll This ATTORNeY To File THis 11.07 HAbeAs CoRPus AND HAVe Filed CHARGES AGAiNST Him FoR doiNG SO.

William W. Jobe

This document contains some images that are of poor quality at the time of imaging.

Abell Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

23,263-04

October 12, 2015

RE:  EX PARTE : WILLIAM WALTER JOBE
     NO. WR-23,263-04

DEAR CLERK :
    ENCLOSED PLEASE FIND ONE (1) ORIGINAL OF THE FOLLOWING
DOCUMENT THAT HAS BEEN SENT TO YOU BY UNITED STATES
MAIL, FIRST-CLASS, POSTAGE PREPAID, TO BE FILED AND
DELIVERED TO THE COURT OF CRIMINAL APPEALS AT YOUR
EARLIEST CONVENIENCE.

    • PETITIONER'S MOTION TO DISCHARGE COUNSEL

    YOUR ASSISTANCE IN THIS MATTER WOULD BE MUCH
APPRECIATED.

                    THANKING YOU IN ADVANCE :
                    SINCERELY,
                    /S/ William W. Jobe      55
                    WILLIAM WALTER JOBE
                    T.D.C.J. # 1692994
                    MICHAEL UNIT
                    2664 FM 2054
                    TENNESSEE COLONY, TEXAS
                                        75886

WWJ/wwj


CC: Filed

No. WR-23,263-04
TRIAL COURT NO. 10-12-13632-CR(1)

Ex Parte
WILLIAM WALTER JOBE

IN THE COURT OF

CRIMINAL APPEALS

AUSTIN, TEXAS

## PETITIONER'S MOTION TO DISCHARGE COUNSEL

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, WILLIAM WALTER JOBE, PETITIONER, PRO SE, IN THE ABOVE STYLE AND NUMBERED CASE, AND RESPECTFULLY SUBMIT THIS HIS "PETITIONER'S MOTION TO DISCHARGE COUNSEL", AND IN SUPPORT THEREOF, PETITIONER WILL SHOW THIS HONORABLE COURT OF CRIMINAL APPEALS AS FOLLOWS:

## FACTS

IN PETITIONER'S "MOTION TO WITHDRAW 11.07 HABEAS CORPUS, AND WITHDRAW ATTORNEY NAME AS MY ATTORNEY K.S. GATOR DUNN", PETITIONER STATED A NUMBER OF TIMES THAT SAID ATTORNEY WAS NOT HIS ATTORNEY OF RECORD. PETITIONER HAS REPEATLY STATED TO THE MONTGOMERY COUNTY D.A.'s OFFICE, THE TRIAL COURT, AND THIS HONORABLE COURT OF CRIMINAL APPEALS THAT K.S. GATOR DUNN IS NOT PETITIONER'S ATTORNEY OF RECORD, AND THAT PETITIONER DID NOT ASK K.S. GATOR DUNN TO FILE THE 11.07 WRIT OF HABEAS CORPUS FILED BY SAID ATTORNEY. SEE SAID MOTION TO WITHDRAW:

PAGE 1

PAGE 1: K.S. GATOR DUNN IS NOT MY ATTORNEY. I HAVE BEEN TELLING GATOR DUNN TO WITHDRAW THIS 11.07 HABEAS CORPUS. AND THE MONTGOMERY COUNTY D.A.'S OFFICE. THE CLERKS' OFFICE.

PAGE 2: APPLICANTS OPPOSED MOTION REQUEST TO AMEND APPLICATION FOR WRIT OF HABEAS CORPUS; ADDED GROUND 4_5_6. IF NOT ACCEPTED K.S. GATOR DUNN IS NOT WILLIAM JOBE ATTORNEY.

PAGE 3: I TOLD GATOR DUNN TO WITHDRAW THE 11.07 HABEAS CORPUS. TOLD HIM DO NOT PUT HIS NAME AS MY ATTORNEY. I TOLD HIM HE IS NOT MY ATTORNEY.

PAGE 4: I DID NOT ASK K.S. GATOR DUNN TO FILE 11.07 HABEAS CORPUS _ _ _ _ K.S. GATOR DUNN IS NOT MY ATTORNEY. I AM ASKING COURT OF APPEALS TO WITHDRAW K.S. GATOR DUNN AND 11.07 HABEAS CORPUS AND K.S. GATOR DUNN WAS NOT ATTORNEY OF RECORD DATE OF FILED 11.07 HABEAS CORPUS _ _ _ _ I DID NOT GIVE NO ONE PERMISSION TO PUT K.S. GATOR DUNN IS NOT MY ATTORNEY. I WILLIAM WALTER JOBE IS MY OWN ATTORNEY I WONT TO WITHDRAW 11.07 HABEAS CORPUS. I WILLIAM JOBE AS MY OWN ATTORNEY ORDER GATOR DUNN NAME TAKEN OFF ALL RECORDS AT COURT OF CRIMINAL APPEALS_ AND THE 11.07 HABEAS CORPUS BE WITHDRAWN FROM COURT OF APPEALS BECAUSE K.S. GATOR DUNN IS NOT MY WILLIAM JOBE'S ATTORNEY. I WILLIAM JOBE HAVE OVER 10 MOTIONS AFFIDAVITS THAT HAVE NOT BEEN HEARD YET.

CAN NOT EVEN HEAR THESE MOTIONS UNTIL THIS INCOMPLETE 11.07 HABEAS CORPUS FILED 7-21-2015 BY AN ATTORNEY THAT IS NOT WILLIAM JOBE'S ATTORNEY OF RECORD _ _ _ _

PAGE 6: COURT OF CRIMINAL APPEALS PLEASE WITHDRAW 11.07 HABEAS CORPUS K.S. GATOR DUNN IS NOT MY ATTORNEY. IF SOMEONE PAYED THIS ATTORNEY AGAINST MY WILL I FILL I HAVE FULLY INFORMED COURT OF CRIMINAL APPEALS NOT TO ACCEPT 11.07 HABEAS CORPUS. IF IT IS THERE WITHDRAW 11.07 HABEAS CORPUS_ AND WITHDRAW K.S. GATOR DUNN AS ATTORNEY.

## ARGUMENT AND AUTHORITY IN SUPPORT OF PETITIONER'S MOTION TO DISCHARGE COUNSEL

PETITIONER ASSERTS IT HAS BEEN HELD THAT THE RIGHT TO SELF-REPRESENTATION DOES NOT ATTACH UNTIL IT HAS BEEN CLEARLY AND UNEQUIVOCALLY ASSERTED. SCARBROUGH V. STATE_ 777 S.W.2d 83_ 92 (TEX. CR. APP. 1989). IN THE INSTANT CASE PETITIONER MADE IT CLEAR FROM THE TIME THAT COUNSEL FILED A 11.07 IN PETITIONER'S BEHALF IN DISTRICT COURT THAT HE DID NOT WANT COUNSEL NO MATTER WHO RETAINED COUNSEL. EVEN IN PETITIONER'S MOTION BEFORE THIS HONORABLE COURT OF CRIMINAL APPEALS AS SET OUT ABOVE_ PETITIONER CLEARLY STATED : "I WILLIAM WALTER JOBE IS MY OWN ATTORNEY _ _ _ _ I WILLIAM JOBE AS MY OWN ATTORNEY ORDER GATOR DUNN NAME TAKEN OFF ALL RECORDS AT COURT OF CRIMINAL APPEALS _ _ _ _" (SEE MOTION_ PAGE 4 _ ALSO PAGE 6). IN THE INSTANT CASE PETITIONER DID EVERYTHING HE COULD DO TO NOTIFY THE COURTS THAT K.S. GATOR DUNN

WAS NOT PETITIONER'S ATTORNEY OF RECORD ; YET PETITIONER IS STILL BEING FORCED TO ACCEPT SAID ATTORNEY AS HIS ATTORNEY OF RECORD.

PETITIONER ASSERTS THE UNITED STATES SUPREME COURT AND UNITED STATES COURTS OF APPEALS HAS HELD THAT PETITIONER HAS THE RIGHT TO REFUSE COUNSEL AND REPRESENT HIMSELF. McKASKLE V. WIGGINS, 465 U.S. 168, 174, 104 S.CT. 944, 949, 79 L.Ed.2d 122 (1984); MYERS V. COLLINS, 8 F.3d 249, 251 (5Th CiR. 1993).

PETITIONER CONTENDS EVEN IN HIS HABEAS CORPUS PROCEEDINGS, PETITIONER SHOULD NOT BE REQUIRED TO HAVE COUNSEL FORCED UPON HIM. SEE MYERS V. COLLINS, 8 F.3d 249, 252 (5Th CiR. 1993), CITING ChamBerlaiN V. ERICKSEN, 744 F.2d 628, 630 (8Th CiR. 1984). IN SHORT, PETITIONER HAS THE RIGHT UNDER THE SIXTH AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION TO PRESENT HIS PRO SE PLEADINGS AND WRIT OF HABEAS CORPUS TO THE COURTS, AS WELL AS TO THIS HONORABLE COURT OF CRIMINAL APPEALS, WITHOUT THE ASSISTANCE OF COUNSEL. ChamBerlaiN V. ERICKSEN, 744 F.2d 628, 629 (8Th CiR. 1984).

ADDITIONALLY, EVEN THOUGH PETITIONER HAS GOOD CAUSE FOR DISCHARGING ATTORNEY K.S. GATOR DUNN, IT HAS BEEN HELD THAT PETITIONER CAN DISCHARGE AN ATTORNEY AT ANYTIME WITH OR WITHOUT CAUSE, STEELE V. McDONALD, 202 S.W.3d 926, 927-28 (Tex.APP.- WACO 2006); IN RE USERS SYS. SERVS., INC., 22 S.W.3d 331, 335 (Tex. 1999), AND A FORMAL MOTION TO WITHDRAW IS NOT REQUIRED TO EFFECTUATE THE CLIENTS INTENTIONS IN THIS REGARD. STEELE, 202 S.W.3d AT 928; USERS SYS. SERVS, 22 S.W.3d AT 335 -36.

AS THE UNITED STATES FIFTH CIRCUIT COURT OF APPEALS HAS HELD, WHETHER AT TRIAL OR APPEAL, PETITIONER IS NOT REQUIRED TO ACCEPT UNWANTED COUNSEL. MYERS V. COLLINS, 8 F.3d 249, 252 (5Th CiR. 1993).

FURTHERMORE, WITH COUNSEL FORCING HIS UNWANTED REPRESENTATION ON PETITIONER, PETITIONER HAS LOST HIS SIXTH AMENDMENT RIGHT TO FILE AND HAVE HIS PRO SE AFFIDAVITS AND OTHER PLEADINGS OR HIS PRO SE WRIT OF HABEAS CORPUS CONSIDERED BY THE COURTS; INCLUDING THIS HONORABLE COURT OF CRIMINAL APPEALS WHO HAS ALREADY DISMISSED PETITIONER MOTIONS ON OCTOBER 8, 2015, BECAUSE OF COUNSEL'S UNWANTED REPRESENTATION. SEE HAZELWOOD V. STATE, 838 S.W.2d 647 649 (TEX. APP.-CORPUS CHRISTI 1992) ( A REPRESENTED DEFENDANT CANNOT REQUIRE THE COURT TO CONSIDER HIS PRO SE MOTIONS.); SCARBROUGH V. STATE, 777 S.W.2d 83, 92 (TEX. CRM APP. 1989).

PETITIONER ASSERTS PETITIONER, AND NOT HIS UNWANTED COUNSEL OR THE STATE, WILL BARE THE PERSONAL CONSEQUENCES OF HIS CONVICTION WHEN UNWANTED COUNSELS' UNWANTED 11.07 FAIL. THEREFORE, PETITIONER'S CHOICE AND SIXTH AMENDMENT RIGHT TO REPRESENT HIS-SELF MUST BE HONORED. FARETTA V. CALIFORNIA, 422 U.S. 806, 834, 95 S.CT. 2525, 2540-41, 45 L.Ed.2d 562 (1975); ILLINOIS V. ALLEN, 397 U.S. 337, 350-51, 90 S.CT. 1057-1064, 25 L.Ed.2d 353 (BRENNEN J. CONCURRING).

THEREFORE, FOR THE ABOVE REASONS UNWANTED COUNSEL, K.S. GATOR DUNN, SHOULD BE DISCHARGED AND HIS UNWANTED 11.07 WITHDRAWN FROM PETITIONER'S HABEAS CORPUS PROCEEDINGS AND PETITIONER ALLOWED THE RIGHT TO FILE HIS OWN PRO SE WRIT OF HABEAS CORPUS IN THE INTEREST OF JUSTICE.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THIS HONORABLE COURT OF CRIMINAL APPEALS CONSIDER AND GRANT THIS THE "PETITIONER'S MOTION TO DISCHARGE COUNSEL" AND DISCHARGE COUNSEL AND ALLOW PETITIONER THE RIGHT TO FILE HIS OWN PRO SE WRIT OF HABEAS CORPUS IN THE INTEREST OF JUSTICE.

RESPECTFULLY SUBMITTED:

/s/ William W. Jobe (55)

WILLIAM WALTER JOBE
PETITIONER PRO SE

## CERTIFICATE OF SERVICE

I, WILLIAM WALTER JOBE, PETITIONER, PRO SE, DO HEREBY CERTIFY THAT A COPY OF "PETITIONER'S MOTION TO DISCHARGE COUNSEL", HAS BEEN SENT TO THE DISTRICT ATTORNEY'S OFFICE OF MONTGOMERY COUNTY, TEXAS BY UNITED STATES MAIL, FIRST-CLASS, POSTAGE PREPAID, ON THIS THE 12 DAY OF OCT., 2015. ADDRESS OF SAID OFFICE BEING: 207 W. PHILLIPS STREET, 2ND FLOOR; CONROE, TEXAS 77301.

SIGNED BY ME THIS THE 12 DAY OF OCT., 2015.

/s/ William W. Jobe (55)

WILLIAM WALTER JOBE
T.D.C.J. # 1692994
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TEXAS
75886

PAGE 6